UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO LOONEY,<br><br>    Plaintiff,<br><br>    v.<br><br>GIGI MATTESION,<br><br>    Defendant. | No. 2:23-cv-0246 WBS CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a first amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 10) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: March 29, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
loon0246.36