UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO LOONEY,<br><br>                Plaintiff,<br><br>        v.<br><br>GIGI MATTESION,<br><br>                Defendant. | No.  2:23-cv-0246 WBS CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983.  On March 2, 2023, plaintiff's complaint was dismissed with leave to amend.  On April 27, 2023, plaintiff filed a document titled "amended complaint."  The court has reviewed that document and finds that it does not include any allegations of wrongdoing.  Instead, it mostly consists of exhibits.

Good cause appearing IT IS HEREBY ORDERED that:

1. Plaintiff's April 27, 2023 "amended complaint" is dismissed.

2. Plaintiff is granted thirty days from the date of service of this order to file a second amended complaint that complies with the requirements of the court's March 2, 2023, order, the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The second amended complaint must bear the docket number assigned this case and must be labeled

/////

1

"Second Amended Complaint."  Failure to file a second amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated:  August 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
loon0246.14(2)