UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO LOONEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GIGI MATTESION,<br><br>　　　　Defendants. | No.  2:23-cv-0246 WBS CKD P<br><br><br><br>ORDER |

　　　Plaintiff has filed a request for an extension of time to file objections to the court's December 12, 2023, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's request for an extension of time (ECF No. 21) is granted;

　　　2. Plaintiff is granted until January 12, 2024, to file objections to the court's November 29, 2023, findings and recommendations.

Dated:  December 21, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
loon0246.mfeo