1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARGO LOONEY                          No.  2:23-cv-0246 WBS CKD P

12              Plaintiff,

13         v.                               ORDER

14    GIGI MATTESION,

15              Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On November 29, 2023, the magistrate judge filed findings and recommendations herein

21    which were served on plaintiff and which contained notice to plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23    objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed November 29, 2023, are adopted in full;

3        2.  Plaintiff's second amended complaint is dismissed for failure to state a claim upon

4  which relief can be granted; and

5        3.  This case is closed.

6  Dated:  January 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12  loon0246.jo

2